1  MAUREEN HOUSKA - CASBN 151371
   mhouska@bentonorr.com
2  BENTON, ORR, DUVAL & BUCKINGHAM
   A PROFESSIONAL CORPORATION
3  39 North California Street
   Post Office Box 1178
4  Ventura, California 93002
   Telephone: (805) 648-5111
5  Facsimile:  (805) 648-7218

6  Attorneys for Defendant,
   KEITH JAN, an individual
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 TRESSIE NICKELBERRY,                    CASE NO. 2:09-cv-08424 JHN-RCx
                                           [The Hon. Jacqueline H. Nguyen,
12                  Plaintiff,             Courtroom 790]

13      v.                                 *Complaint Filed: November 12, 2009*

14 VENTURA COUNTY/VENTURA                  **ORDER RE STIPULATION FOR
   COUNTY PROBATION AGENCY,                PROTECTIVE ORDER
15 a public entity, and KEITH JAN, an      REGARDING RELEASE OF
   individual,                             CERTAIN PERSONNEL
16                                         RECORDS**
                    Defendants.
17

18

19

20      The Court having reviewed the parties' Stipulation for Protective Order

21 Regarding Release of Certain Personnel Records and based upon this stipulation and

22 consent of the parties hereto, IT IS HEREBY ORDERED that the parties' stipulation is

23 entered as the Court's Order for the purpose of protecting the confidentiality and

24 ///

25 ///

26

27                                         1

28 **ORDER RE STIPULATION FOR PROTECTIVE ORDER REGARDING RELEASE OF
   CERTAIN PERSONNEL RECORDS**

1  privileged nature of the personnel files of plaintiff, Tressie Nickelberry and defendant,
2  Keith Jan and the information contained therein.

4      IT IS SO ORDERED.

6  Dated: 5/3/2010

    ~~Hon. Jacqueline H. Nguyen~~

ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE

2

**ORDER RE STIPULATION FOR PROTECTIVE ORDER REGARDING RELEASE OF CERTAIN PERSONNEL RECORDS**