C:\Temp\notes1B8056\Order re Amended Stip re Protective Order.doc

1  JONATHAN M. TURNER, State Bar No. 102579
2  jmt@etslaw.com
   SHIVA S. DAVOUDIAN, State Bar No. 232771
3  ssd@etslaw.com
4  EPSTEIN, TURNER & SONG
   A Professional Corporation
5  777 S. Figueroa Street, Suite 4950
6  Los Angeles, California  90017
   Telephone:  (213) 861-7487 ✦ Facsimile:  (213) 861-7488
7
8  Attorneys for Defendant
9  COUNTY OF VENTURA, CALIFORNIA

10             **IN THE UNITED STATES DISTRICT COURT**
11             **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
12

13 | **TRESSIE NICKELBERRY,** | ) | **Case No. CV09-08424 JHN(RCx)** |
   | --- | --- | --- |
14 |                          | ) | [The Hon. Jacqueline H. Nguyen, |
   | Plaintiff,               | ) | Courtroom 1600] |
15 |                          | ) | |
16 | vs.                      | ) | *Complaint Filed:  November 12, 2009* |
   |                          | ) | |
17 | **VENTURA COUNTY/VENTURA** | ) | **ORDER RE AMENDED** |
18 | **COUNTY PROBATION AGENCY,** a | ) | **STIPULATION FOR** |
   | governmental entity, and **KEITH JAN,** | ) | **PROTECTIVE ORDER** |
19 | an individual, | ) | **REGARDING RELEASE OF** |
20 |               | ) | **CERTAIN PERSONNEL** |
   | Defendants.   | ) | **RECORDS** |
21 |               | ) | |
22

23

24        The Court having reviewed the parties' Stipulation for Protective Order
25  Regarding Release of Certain Personnel Records and based upon this stipulation
26  and consent of the parties hereto,
27        **IT IS HEREBY ORDERED** that the parties' stipulation is entered as the
28  Court's Order for the purpose of protecting the confidentiality and privileged nature

Epstein, Turner & Song
A Professional Corporation
777 S. Figueroa Street
Suite 4950
Los Angeles, CA 90017

- 1 -

**AMENDED STIPULATION FOR PROTECTIVE ORDER REGARDING
RELEASE OF CERTAIN PERSONNEL RECORDS**

1  of the personnel files of plaintiff, Tressie Nickelberry and defendant, Keith Jan and
2  the information contained therein.
3      **IT IS SO ORDERED**.
4
5  Dated:    May  20, 2010        /S/ ROSALYN M. CHAPMAN
6                                                      **HON. ROSALYN M. CHAPMAN**

Epstein, Turner & Song
A Professional Corporation
777 S. Figueroa Street
Suite 4950
Los Angeles, CA 90017

- 2 -

**AMENDED STIPULATION FOR PROTECTIVE ORDER REGARDING
RELEASE OF CERTAIN PERSONNEL RECORDS**

# PROOF OF SERVICE

**STATE OF CALIFORNIA** )
                                  ) ss.
**COUNTY OF LOS ANGELES** )

         I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 777 S. Figueroa Street, Suite 4950, Los Angeles, California 90017.

         On May 18, 2010, I served the foregoing document described as **ORDER RE AMENDED STIPULATION FOR PROTECTIVE ORDER REGARDING RELEASE OF CERTAIN PERSONNEL RECORDS** by placing [ ] the original [✓] a true copy thereof (as indicated on the attached service list) enclosed in a sealed envelope(s) addressed as follows:

## SEE ATTACHED SERVICE LIST

[✓]   **By Mail.** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **By Fax.** I transmitted the foregoing document by telecopier transmission to the addressee(s) at the facsimile number(s) listed on the attached Service List, and received confirmation that the transmission was received at the facsimile number(s) listed on the attached Service List.

[ ]   **By Personal Service.** I caused such envelope(s) to be personally delivered via messenger service to the addressee(s) indicated on the attached Service List.

[✓]   **By Email.** I forwarded a copy of the above-described document(s) via e-mail to each of the individuals set forth above at the email addresses indicated therefor.

[ ]   **By Federal Express.** I caused such envelope(s) to be deposited at a facility regularly maintained by FedEx at 777 S. Figueroa Street, Los

Epstein, Turner & Song
A Professional Corporation
777 S. Figueroa Street
Suite 4950
Los Angeles, CA 90017

- 3 -

**ORDER RE AMENDED STIPULATION FOR PROTECTIVE ORDER REGARDING RELEASE OF CERTAIN PERSONNEL RECORDS**

Angeles, California 90017, with arrangements made for payment in full of the required charges, to the party(ies) listed on the attached Service List.

Executed on **May 18, 2010,** at Los Angeles, California.

[ ]   (State)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[✓]   (Federal)  I am employed by a member of the Bar of the State of California.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Mary Ellen Bolton

Epstein, Turner & Song
A Professional Corporation
777 S. Figueroa Street
Suite 4950
Los Angeles, CA 90017

- 4 -

**ORDER RE AMENDED STIPULATION FOR PROTECTIVE ORDER
REGARDING RELEASE OF CERTAIN PERSONNEL RECORDS**

*United States of America*

**U.S.D.C. Case No. CV09-08424 JHN(RCx)**
**[Central District of California, Courtroom 1600]**

**SERVICE LIST**

---

Gregory J. Ramirez
Sabrina Sanders
James E. Perero
Jessica Arciniega
WASSERMAN, COMDEN, CASSELMAN & ESENSTEIN, L.L.P.
300 E. Esplanade Drive, Suite 1960
Oxnard, California  93036-0284
Telephone:   (805) 988-0285
Facsimile:    (805) 9888-0375
email:          gramirez@wcclaw.com
                  ssanders@wccclaw.com
                  jperero@wcclaw.com
                  jarciniega@wcclaw.com

*Attorneys for Plaintiff, TRESSIE NICKELBERRY*

Maureen Marie Houska
BENTON, ORR, DUVAL & BUCKINGHAM
A PROFESSIONAL CORPORATION
39 North California Street
Post Office Box 1178
Ventura, California 93002
Telephone:   (805) 648-5111
Facsimile:    (805) 648-7218
E-Mail:         mhouska@bentonorr.com

*Attorneys for Defendant, KEITH JAN*

Epstein, Turner & Song
A Professional Corporation
777 S. Figueroa Street
Suite 4950
Los Angeles, CA 90017

- 5 -

**ORDER RE AMENDED STIPULATION FOR PROTECTIVE ORDER**
**REGARDING RELEASE OF CERTAIN PERSONNEL RECORDS**