# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRESSIE NICKELBERRY,** | **Case No. CV09-08424 JHN(RCx)** |
| Plaintiff, | [The Hon. Jacqueline H. Nguyen, Courtroom 790 Roybal] |
| vs. | Complaint Filed: November 12, 2009 |
| | Trial Date: November 30, 2010 |
| **VENTURA COUNTY/VENTURA COUNTY PROBATION AGENCY,** a governmental entity, and **KEITH JAN,** an individual, | **JUDGMENT** |
| | Fed. R. Civ. P. 56 |
| Defendants. | |

Epstein, Turner & Weiss
A Professional Corporation
633 W. Fifth Street
Suite 3330
Los Angeles, CA 90071

[PROPOSED] JUDGMENT

Defendant County of Ventura, erroneously sued herein as Ventura County Probation Agency and Ventura County (collectively, "the County"), has moved, pursuant to Federal Rules of Civil Procedure 56, and Local Rule 56-1, for summary judgment on the First Amended Complaint ("FAC") filed by plaintiff Tressie Nickelberry.  After having considered the moving papers, the Plaintiff's opposition, the County's reply, and the other pleadings on file with the Court, and after having duly considered the parties' other evidence and oral arguments as presented at the Hearing on the motion, which Hearing occurred on October 4, 2010,

It is hereby **ORDERED AND ADJUDGED** that the plaintiff take nothing from the County, that the action be dismissed on the merits.

DATED:  October 7, 2010

_____
Hon. Jacqueline H. Nguyen
United States District Judge

Epstein, Turner & Weiss
A Professional Corporation
633 W. Fifth Street
Suite 3330
Los Angeles, CA 90071

- 1 -
[PROPOSED] JUDGMENT